IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JIMMY BECK, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-00367 |
| | ) | |
| WEST END CONSTRUCTION, LLC and | ) | JUDGE CAMPBELL |
| CHRIS SUTTON, | ) | MAGISTRATE JUDGE NEWBERN |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is scheduled for an initial case management conference on August 14, 2023. (*See* Doc. No. 14). In light of the pending motion for entry of default as to Defendant West End Construction, LLC and the fact that Defendant Chris Sutton has not yet been served with process, the initial case management conference is RESCHEDULED to a date to be set by separate order.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE